IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYNDA L. OTT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV190 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO HOME | ) | **MEMORANDUM** |
| MORTGAGE, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Amend Progression Order. (Filing No. 23.) Defendant asks the court to amend the progression order by extending the deadline for dispositive motions to April 13, 2008. The motion is granted. Therefore, in order to progress this case to final resolution:

IT IS THEREFORE ORDERED that:

1. Dispositive Motions. All dispositive motions shall be filed on or before **April 13, 2008**. The parties must comply with the provisions of NECivR 7.1(a-h) and NECivR 56.1 when filing summary judgment motions.

2. Pretrial Conference.

   a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NeCivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **June 13, 2008**. The plaintiff shall provide additions and/or proposed deletions to Defense

counsel by **June 27, 2008.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **July 11, 2008**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

b. The Final Pretrial Conference will be held before Magistrate Judge David L. Piester on **July 30, 2008 at 10:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

3. The trial date will be set by Magistrate Judge Piester at the time of the Final Pretrial Conference.

4. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Piester to be held on July 30, 2008.

April 15, 2008.                    BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge

2