IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYNDA L. OTT, | ) | 8:07CV190 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| WELLS FARGO | ) | |
| HOME MORTGAGE, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff, acting pro se, has filed a notice of appeal (filing 34) from the judgment that was entered on July 3, 2008, and has also filed a motion for leave to proceed in forma pauperis (IFP) on appeal (filing 36). The plaintiff previously was permitted to proceed IFP in this matter, and her most recent affidavit shows that her financial condition has not changed substantially. The appeal appears to be taken in good faith. The plaintiff's motion to proceed IFP on appeal therefore will be granted.

The plaintiff also was granted an exemption from PACER fees "for purposes of this matter only and only for the duration of this matter." Memorandum and Order entered on October 9, 2007 (filing 17). Now that judgment has been entered and a notice of appeal filed, this court's PACER fee exemption will be terminated. If the plaintiff desires an exemption from PACER fees while the case is on appeal, she will need to file an application with the United States Court of Appeals for the Eighth Circuit. (The PACER service center was consulted and advised that an order from the Court of Appeals is required.)

Accordingly,

IT IS ORDERED that:

1. Plaintiff's appeal appears to be taken in good faith.

2. Plaintiff's motion for leave to proceed in forma pauperis on appeal (filing 36) is granted.

3. Plaintiff's exemption from payment of PACER fees in connection with this matter (filing 17) is terminated.

4. The clerk of the court shall send a copy of this memorandum and order to the Clerk of the United States Court of Appeals for the Eighth Circuit.

5. The clerk of the court shall also send a copy of this memorandum and order to the PACER service center in San Antonio, Texas.

July 30, 2008.                BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge